UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-CR-12 |
| | ) | |
| JAMES AYERS, JR. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the Judgment in this cause in regard to this defendant is **AMENDED** as follows:

1. Under the heading "Imprisonment," at page 2 of the "Judgment in a Criminal Case," the last sentence is amended to read "This sentence shall run concurrently with the sentence in Unicoi County, TN Case No. 4941, which the defendant is currently serving in the Washington County, TN Detention Center.

2. Under the heading "Imprisonment," at page 2 of the "Judgment in a Criminal Case," the section regarding recommendations is amended to read that "It is **RECOMMENDED** that the defendant receive credit for time served and that the defendant be designated to the Tennessee Department of Corrections for the service of his sentence."

3. All other aspects of the judgment will remain the same.

ENTER:

S/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE